GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SOAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 11-0344 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS AND |
| ) | MOTION SETTING DATE; |
| ) | EXCLUSION OF TIME |
| MARCO SOAREZ, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status and motion setting date with respect to Marco Soarez, currently scheduled for Tuesday, January 24, 2012, at 10:00 a.m. before Honorable Saundra Brown Armstrong, may be continued to Tuesday, February 21, 2012, at 10:00 a.m. for status and motion setting. The reason for the continuance is that defense counsel will be in trial starting January 23, 2012, and unavailable on January 24, 2012. A continuance to February 21, 2012, will allow counsel to be present at the status and motion date.

*U S v. Marco Soarez*, CR11-0344 SBA
Stip. Re Status Date; Excluding time                - 1 -

IT IS FURTHER STIPULATED THAT the time from January 24, 2012, to February 21, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(iv) for continuity of counsel.

DATED: 1/18/12          /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 1/18/12          /s/
MAUREEN BESSETTE
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that status and motion setting date with respect to Marco Soarez, currently scheduled for Tuesday, January 24, 2012, at 10:00 a.m., is hereby continued to **Tuesday, February 21, 2012, at 10:00 a.m.** for status and motion setting.

IT IS FURTHER ORDERED THAT the time from January 24, 2012, to February 21, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) for continuity of counsel so that defense counsel can be present. The Court finds that there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 1-20-12          _Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*U S v. Marco Soarez*, CR11-0344 SBA
Stip. Re Status Date; Excluding time          - 2 -