GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SOAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 11-0344 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA DATE; EXCLUSION OF TIME |
| ) | |
| MARCO SOAREZ, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea with respect to Marco Soarez, currently scheduled for Friday, May 11, 2012, at 10:00 a.m. before Honorable Saundra Brown Armstrong, may be continued to Wednesday, June 6, 2012, at 10:00 a.m. for change of plea. The reason is that defense counsel is continuing it's investigation. A continuance to June 6, 2012, will allow counsel to complete it's investigation, meet with Mr. Soarez and prepare for the change of plea.

IT IS FURTHER STIPULATED THAT the time from May 11, 2012, to June 6, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

3161(h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence so counsel can complete the investigation, meet with Mr. Soarez and prepare for the change of plea.

DATED: 5/9/12  \_\_\_\_/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 5/9/12  \_\_\_\_\_/s/_____
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, currently scheduled for Friday, May 11, 2012, at 10:00 a.m. before Honorable Saundra Brown Armstrong, is hereby continued to Wednesday, June 6, 2012, at 10:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from May 11, 2012, to June 6, 2012, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of counsel taking into consideration due diligence so counsel can complete it's investigation, meet with Mr. Soarez and prepare for the change of plea. The Court finds there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 5-9-12  _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge